**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | | |
|---|---|---|
| **JEFFREY SHORE, et al.** | * | |
| | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | Civil No. 1:19-cv-01341-CCB |
| | * | |
| **MAYOR & CITY COUNCIL** | * | |
| **OF BALTIMORE,** *et al.* | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Pursuant to Local 101.2(a), Matthew E. Bennett and Marc Zayon, Attorneys for Plaintiffs, Jeffrey Shore and Donna Curry, hereby asks this Court to strike their appearance, and in support thereof state as follows:

1. In accordance with Local 101.2(a), accompanying this motion is Mr. Bennett's certificate, affirming that on November 14, 2019 he served Plaintiffs with a notice advising Plaintiffs to obtain other counsel, or, if they intend to conduct the case *pro se* or to so notify the Clerk in writing.

2. Striking counsel's appearance in this matter will not unduly delay trial of the case, nor would it be unfairly prejudicial to any part, nor otherwise not be in the interest of justice.

3. A scheduling order has not been issued and no trial date has been set. As such, there will be no prejudice to the Plaintiffs.

4. Opposing counsel, Justin Conroy, does not object to the relief requested.

WHEREFORE, Matthew E. Bennett and Marc Zayon respectfully asks this Court to grant this motion, to strike their appearance as Attorney for Plaintiffs; and for such other and further relief as this Court

may deem to be appropriate.

RESPECTFULLY SUBMITTED, this 10th day of December 2019.

_____/S/_____
Matthew E. Bennett
**Federal Bar Number 24768**
8720 Georgia Avenue; Suite 701
Silver Spring, Maryland 20910
Ph:   (301) 587 – 3942
Fax:  (301) 589 – 1585
Email: matthew@mbennettlaw.com

and

_____/S/_____
Marc Zazon
Federal Bar Number 26330
201 N Charles Street, Suite 1700
Baltimore, MD 21201
Ph:   (410) 727 – 3710
Fax:  (410) 727 – 4955
Email: mzayon@walkerzayon.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2019 a copy of the foregoing Motion for Leave to Withdraw as Counsel for Plaintiff was electronically forwarded to all counsel of record via CM/ECF; and mailed first-class postage-prepaid to:

>   MR. JEFFREY SHORE
>   MS. DONNA CURRY
>   2613 Georgetown Road
>   Baltimore, MD 21230

_____/S/_____
Matthew E. Bennett
**Federal Bar Number 24768**
8720 Georgia Avenue; Suite 701
Silver Spring, Maryland 20910
Ph:   (301) 587 – 3942
Fax:  (301) 589 – 1585
Email: matthew@mbennettlaw.com