**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| **JEFFREY SHORE, et al.** | * | |
| | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | Civil No. 1:19-cv-01341-CCB |
| | * | |
| **MAYOR & CITY COUNCIL** | * | |
| **OF BALTIMORE,** *et al.* | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF ATTORNEY MATTHEW E. BENNETT

I, MATTHEW E. BENNETT, hereby certify that on November 14, 2019, I sent notice to the Plaintiffs, JEFFREY SHORE and DONNA CURRY at their address of record, 2613 Georgetown Road, Baltimore, MD 21230 informing them that Mr. Zayon and I will be filing a motion to withdraw our appearance as their lawyers in this case. I further notified the Plaintiff that they must either (a) have new counsel enter an appearance or (b) advise the Clerk that they will be proceeding without counsel.

RESPECTFULLY SUBMITTED, this 10th day of December 2019.

_____/S/_____
Matthew E. Bennett
**Federal Bar Number 24768**
8720 Georgia Avenue; Suite 701
Silver Spring, Maryland 20910
Ph:    (301) 587 – 3942
Fax:   (301) 589 – 1585
Email: matthew@mbennettlaw.com